## DICK HICKMAN V. THE STATE.

### No. 9936. Delivered December 9, 1925.

**Driving Auto While Intoxicated—Appeal Dismissed.**

Upon the written request of appellant, duly verified, by his affidavit, this appeal is dismissed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction for driving an automobile upon the public highway while under the influence of intoxicating liquor, penalty thirty days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for driving an automobile upon the public highway while under the influence of intoxicating liquor; punishment fixed at confinement in the county jail for a period of thirty days.

Upon the written request of the appellant, duly verified, the appeal is dismissed.